UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
           :
THOMAS RIMINI,           :
           :
          Plaintiff,        :
           :      22 Civ. 7768 (JPC)
      -v-           :
           :      <u>ORDER</u>
J.P. MORGAN CHASE & CO. *et al.*,    :
           :
         Defendants.    :
           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 2, 2022, Plaintiff Thomas Rimini submitted a letter including, among others, a request for the Court to appoint an attorney to represent him in this case. *See* Dkt. 12 at 3. In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). As a threshold matter, to qualify for counsel Plaintiff must demonstrate that his claim has substance or a likelihood of success. *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986). In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately. *Cooper*, 877 F.2d at 172.

       After reviewing Plaintiff's claims in light of the above factors and particularly in light of the fact that Plaintiff is himself an attorney, *see* Dkt. 1 at 30, the Court denies without prejudice Plaintiff's request for counsel, which he may renew at such time as the existence of a potentially meritorious claim may be demonstrated. The Court notes that Plaintiff may always contact the New

York Legal Assistance Group (NYLAG), which provides free legal assistance to pro se litigants, and which may be reached through https://www.nysd.uscourts.gov/attorney/legal-assistance.

SO ORDERED.

Dated: November 7, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge