UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMINI, | ) |
| | ) |
| v. | ) Civil Action No. 22-cv-07768(JPC) |
| | ) |
| J.P. MORGAN CHASE & CO. et al | ) |

# MOTION TO STRIKE

I ask that the Court strike Defendants motion and memo, documents 18 and 19, respectively, filed today.

I filed an appeal of this matter yesterday, including for jurisdictional reasons.

November 9, 2022

Respectfully Submitted,

*/s/Thomas Rimini*

Thomas Rimini
Complainant
Pro Se
P.O. Box 391
Winchester, MA 01890
(617) 485-9100
thomas_rimini@msn.com

Plaintiff Thomas Rimini's motion to strike on the grounds he has filed an appeal in this case is denied. The docket reflects that no notice of appeal has been filed in this case.

SO ORDERED
Date: November 10, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1

CERTIFICATE OF SERVICE

I, Thomas Rimini, herby certify that today, November 9, 2022, I served a copy of the foregoing upon the persons identified below by U.S. Post and E-mail.

P. Kramer Rice
Steven Pearlman

c/o Proskauer
11 Times Sq.
New York, NY 10036

*/s/ Thomas Rimini*
Thomas Rimini