UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THOMAS RIMINI,                                                          :
:
                     Plaintiff,                    :
:      22 Civ. 7768 (JPC)
      -v-                                                               :
:      ORDER
J.P. MORGAN CHASE & CO. *et al.*,                                       :
:
                     Defendants.                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 8, 2025, the Court *sua sponte* struck Defendant Thomas Rimini's Second Amended Complaint for failure to comply with the conditions for amendment outlined in the Court's September 30, 2024, Opinion and Order. Dkt. 94. The Court, however, also granted Mr. Rimini permission to refile a compliant version of the Second Amended Complaint by January 28, 2025. *Id.*

      On January 29, 2025, Mr. Rimini sent an email to the Court's chambers email address requesting "an extension of time to file the amended complaint and an accommodation for filing through a hearing" and that "the Court allow for relief from the Court's filing order." Mr. Rimini's email noted that he "[does] not have access to the complete history the Court asks for" and that he is "still recovering from an injury."

      The request for an extension of time to refile the Second Amended Complaint is granted. Mr. Rimini has until February 10, 2025, to refile a compliant version of the Second Amended Complaint. The Court warns Mr. Rimini that this is his last chance, and that the Court will not grant a further extension or allow Mr. Rimini a further opportunity to file a compliant version of Second Amendment Complaint in the event that his next pleading still fails to comply with the

conditions for amendment outlined in the Court's September 30, 2024, Opinion and Order. The Court reminds Mr. Rimini that pursuant to the Court's January 8, 2025, Order, he is required to review pages 20 and 21 of the Court's September 30, 2024, Opinion and Order prior to refiling the Second Amended Complaint, and to file a sworn affidavit stating that he did so simultaneously with the Second Amended Complaint. *Id.* The Court also cautions Mr. Rimini that going forward, any requests for relief must be made by filing a letter addressed to the Court on the public docket. The Court will not respond to any further requests for relief sent via email.

Finally, the Court denies Mr. Rimini's request for a hearing because his email does not explain the basis for that request or why a hearing would be necessary at this time. And to the extent that Mr. Rimini's request for "relief from the Court's filing order" refers to the filing injunction described at pages 34 and 35 of the Court's September 30, 2024, Opinion and Order, and relates to his intent to refile the Second Amended Complaint, that request is denied as moot: the Court's filing injunction only applies to separately commenced actions, not to the refiling of a pleading in this case. Dkt. 84 at 34-35. For clarity, the Court reiterates that the conditions that apply to Mr. Rimini's refiling of the Second Amended Complaint are set forth at pages 20 and 21 of the Court's September 30, 2024, Opinion and Order. *Id.* at 20-21.

SO ORDERED.

Dated: February 3, 2025
New York, New York

JOHN P. CRONAN
United States District Judge