UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THOMAS RIMINI,                                                          :
                                                                        :
                            Plaintiff,                                  :
                                                                        :   22 Civ. 7768 (JPC)
            -v-                                                         :
                                                                        :   ORDER
J.P. MORGAN CHASE & CO. *et al.*,                                       :
                                                                        :
                            Defendants.                                 :
                                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 20, 2025, Mr. Rimini filed under seal a document titled "Affidavit Under Seal." Dkt. 100.  In doing so, Mr. Rimini failed to follow the Court's Individual Rules for seeking leave to file a document under seal.  Nor did the Court otherwise grant permission for Mr. Rimini to file that document under seal.

Accordingly, on or before March 10, 2025, Mr. Rimini shall file a motion for leave to file Docket Number 100 under seal as well as the necessary materials in support of that motion.  Mr. Rimini's motion may request redaction of his medical information and any other sensitive information.  That motion and its supporting materials must comply with Individual Civil Rule 4.B., which can be found by following the link for "Individual Rules and Practice in Civil Cases" at https://www.nysd.uscourts.gov/hon-john-p-cronan.  Mr. Rimini is placed on notice that absent a timely motion submitted in compliance with Individual Civil Rule 4.B., Docket Number 100 may be made part of the public docket.

SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                              _____
                                                              JOHN P. CRONAN
                                                              United States District Judge