UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THOMAS RIMINI,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :                    22 Civ. 7768 (JPC)
               -v-                                                     :
                                                                       :                    ORDER
J.P. MORGAN CHASE & CO. *et al.*,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court ordered every party in this case to file a disclosure statement pursuant to

Federal Rule of Civil Procedure 7.1(a)(2) by March 31, 2025.  Dkt. 108.  Mr. Rimini failed to do

so.  Accordingly, Mr. Rimini is ordered to file the required statement on or before April 11,

2025.  That statement shall identify his state of domicile, not residence.

     SO ORDERED.

Dated: April 4, 2025
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge