UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THOMAS RIMINI,                                                          :
                                                                        :
                            Plaintiff,                                  :
                                                                        :     22 Civ. 7768 (JPC)
            -v-                                                         :
                                                                        :     <u>ORDER</u>
J.P. MORGAN CHASE & CO. *et al.*,                                       :
                                                                        :
                            Defendants.                                 :
                                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 14, 2025, the Court set a briefing schedule regarding Defendants' motion to dismiss Plaintiff Thomas Rimini's Second Amended Complaint. Dkt. 112. Mr. Rimini failed to file an opposition by his deadline to do so. Accordingly, on or before June 11, 2025, Mr. Rimini shall file a letter stating whether he intends to file an opposition to Defendants' motion and, if so, whether good cause exists to excuse his failure to do so by the deadline set by the Court. The Court cautions Mr. Rimini that if he fails to file an opposition or respond to this order by June 11, 2025, the Court will treat Defendants' motion as unopposed, meaning that the Court will consider whether to grant Defendants' motion without the benefit of opposing papers.

      SO ORDERED.

Dated: June 4, 2025
      New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge