UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THOMAS RIMINI,                                                         :
                                                                       :
                          Plaintiff,                   :
                                                                       :   22 Civ. 7768 (JPC)
        -v-                                                           :
                                                                       :   ORDER
J.P. MORGAN CHASE & CO. *et al.*,                                      :
                                                                       :
                          Defendants.                  :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On August 17, 2025, the Court ordered Plaintiff to "file a copy of Docket Number 100 on the public docket that redacts paragraphs one and two" by August 20, 2025.  Dkt. 120.  On August 21, 2025, Plaintiff filed the properly redacted document, but not on the public docket.  Dkt. 121. The Clerk of Court is respectfully directed to unseal Docket Number 121.

        SO ORDERED.

Dated: August 25, 2025
       New York, New York

                                                                   JOHN P. CRONAN
                                                     United States District Judge