**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THOMAS RIMINI,

                Plaintiff,

    -against-                                        22 **CIVIL** 7768 (JPC)

## **JUDGMENT**

J.P. MORGAN CHASE & CO. et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 3, 2025, the Court has granted Defendants' motion to dismiss for failure to state a claim, dismissing Plaintiff's remaining state law claims with prejudice and without leave to amend. Judgment is entered in Defendants' favor; accordingly, the case is closed.

**Dated:**  New York, New York

       November 3, 2025

                                                           **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                         **BY:**        *K. Mango*

                                                               **Deputy Clerk**